UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAN YUSUF IBRAHIM,

                Plaintiff,

v.

DRAKE, et al.,

                Defendants.

Case No. 2:23-cv-01755-BHS-TLF

ORDER APPOINTING COUNSEL

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff filed this action *pro se* and *in forma pauperis*.

On October 25, 2024, plaintiff moved for an appointment of counsel. Dkt. 44. On October 28, 2024, the Court, having reviewed the balance of the record and the procedural posture of the litigation, found that appointment of counsel would be in the interest of justice. Dkt. 45. Accordingly, the Court directed the Clerk to identify counsel from the Pro Bono Panel to represent plaintiff for the duration of the action. *Id*. The Court has now been advised that the Clerk has identified pro bono counsel willing to represent plaintiff in this action.

Accordingly, the Court ORDER as follows:

1. The Court hereby appoints Nick Valera, Davis Wright Tremaine, 920 Fifth Avenue, Suite 3300, 206-757-8323, nickvalera@dwt.com; and John

ORDER APPOINTING COUNSEL - 1

1  Goldmark, Davis Wright Tremaine, 920 Fifth Avenue, Suite 3300, 206-757-
2  8068, johngoldmark@dwt.com, as counsel for plaintiff.
3  2. Counsel are directed to file a Notice of Appearance within ten (10) calendar
4  days from this order. If counsel is unable to assume this representation, a
5  motion for relief from appointment should immediately be filed.
6  3. The Clerk is directed to send a copy of this Order to plaintiff, to counsel for
7  plaintiff, to counsel for defendants, and to the Honorable Benjamin H. Settle.

Dated this 21st day of November, 2024.

Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2